JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MINNA, | ) Case No.: 8:20-cv-02098-KES |
|       Plaintiff, | ) |
| | ) |
|   v. | ) **ORDER** |
| | ) |
| DANA POINT PLAZA RE HOLDINGS, LLC, a | ) |
| Delaware Limited Liability Company; THAI | ) |
| DARA INC., a California Corporation, | ) |
| | ) |
|       Defendants. | ) |

## <u>ORDER</u>

     The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: December 22, 2020        *Karen E. Scott*

HONORABLE KAREN E. SCOTT
United States Magistrate Judge