CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MINNA, | **Case:** 8:20-cv-02098-DOC-ADS |
| Plaintiff, | |
| v. | **ORDER granting Voluntary Dismissal With Prejudice** |
| DANA POINT PLAZA RE HOLDINGS, LLC, a Delaware Limited Liability Company; THAI DARA INC., a California Corporation, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**The Court GRANTS** Plaintiff's voluntarily dismissal of the above captioned action <u>with</u> prejudice pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)(A)(i)</u>.

This matter may be dismissed without an Order of the Court.

Dated: February 24, 2021

*/s/ David O. Carter*

Hon. David O. Carter
U.S. District Judge

1